SCWC-12-0000583

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Petitioner/Plaintiff-Appellee,

vs.

TYRONE SMITH, JR., Respondent/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000583; CR. NO. 10-1-1569)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Sakamoto, in place of Pollack, J., recused)

Petitioner/Plaintiff-Appellee State of Hawaii's
application for writ of certiorari filed on November 25, 2014, is
hereby rejected.

DATED: Honolulu, Hawaiʻi, January 9, 2015.

Donn Fudo
for petitioner

Lars Robert Isaacson
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Karl K. Sakamoto

